THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALZAMON IRA LUCAS, Appellant.

(Argued February 15, 1929; decided March 19, 1929.)

*Leo J. Rice* for appellant.

*William F. Love, District Attorney* (*William L. Clay* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.